UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10074-NMG |
| | ) | |
| MARK RIDDELL, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Carol E. Head, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Carol E. Head*
CAROL E. HEAD, B.B.O. No. 652170
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: July 15, 2019    Carol.Head@usdoj.gov

## CERTIFICATE OF SERVICE

I, Carol E. Head, Assistant United States Attorney, hereby certify that the foregoing Notice of Appearance was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Carol E. Head*
CAROL E. HEAD
Dated: July 15, 2019    Assistant United States Attorney