UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                              )   Criminal No. 19-10074-NMG<br>)<br>MARK RIDDELL,                        )   **REDACTED COPY**<br>)   **(Leave to File Granted March 31, 2022)**<br>      Defendant                           )<br>) | |

**GOVERNMENT'S SENTENCING MEMORANDUM AND** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The government respectfully submits this sentencing memorandum ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in connection with the sentencing of defendant Mark Riddell.

Riddell played a critical role in William "Rick" Singer's scheme to bribe test administrators to permit cheating on the SAT and ACT exams. In the beginning, Riddell posed as students by using fake IDs with the student's name but Riddell's picture to take their college entrance exams. After the SAT and ACT began requiring students to upload a picture with their registration, Singer figured out a way to get around this safeguard by "controlling" two test locations—the West Hollywood and Houston test centers. Riddell then posed as a proctor and, after a student finished the exam, corrected their answers. Other times, Riddell worked with the student to cheat during the exam, and on one occasion, took the exam in his hotel room after the student was unable to travel to the Houston test center due to illness. Over eight years, Riddell secured inflated scores for 24 students on 27 exams. Riddell was extremely talented in this role and regularly secured scores within a point or two of the score Singer requested. He was also well-compensated and

received $5,000 to $10,000 per exam, for a total of just under $240,000 over the course of the scheme.

For his actions, Riddell should be sentenced to a meaningful term of imprisonment. Nevertheless, Riddell accepted full responsibility from the moment investigators approached him in February 2019 ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████ Taking these factors into account, along with the sentences imposed on related defendants, the government recommends Riddell be incarcerated for 4 months, followed by two years of supervised release, and a forfeiture money judgment of $239,449.42, which represents the criminal proceeds that he personally received.

I.      **Overview of the Offense Conduct**

By at least December 2011, Riddell, who was working as a college counselor at a sports training boarding school in Florida, began posing as Singer's students to take their college entrance exams. Singer secured fake IDs by having Riddell's photo inserted onto the student's high school ID, allowing Riddell to pose as the student at national testing sites. Singer would pay for Riddell to fly to the testing cite, take the test for the student, and fly home. During this early period, Riddell also took a high school provincial exam for one of Singer's students. After 2012, however, students were required to upload a picture of themselves with their SAT and ACT registration as an additional security measure. Singer nevertheless found ways for Riddell to continue to help his students cheat on their college entrance exams. For example, in or about October 2015, Riddell purported to be a "reader" on the SAT exam for one of Singer's students. A "reader" is an

accommodation for students with severe reading disabilities, but is not permitted to help the student cheat on the exam or offer any aid beside reading the questions to the student. Riddell took an active role in emailing the student's high school to explain, falsely, that he wanted to be the "reader" because he was applying to graduate schools and needed the money. Riddell and the student then brazenly cheated on the exam in a room at the student's high school.

Once Singer secured the Houston test center in late 2015, and the West Hollywood test center in early 2017, Riddell simply posed as a proctor and corrected the student's answers after the student finished the exam. On at least one occasion, in or about October 2016, Riddell worked with two students during the exam and provided feedback on the correct answers in real time. At the end of this exam, Riddell instructed the students to change different questions to the wrong answer to make it look like they were not cheating.

On another occasion, a student was too ill to fly to Houston to take his ACT exam. At Singer's direction, Williams dropped the exam off to Riddell at his hotel so he could complete the exam. Riddell asked Singer for a sample of the student's handwriting for the essay portion of the exam so as to avoid detection of his cheating.

Riddell's role was not limited to taking exams for students; he also took steps to conceal the scheme. For example, when students were aware of the cheating, Riddell instructed them not to tell anyone about it. As another example, Riddell advised Dvorskiy on how to complete the paperwork to send back to the College Board to make it appear the students had taken the exam over two days, when in fact the student was there for just one day.

Singer paid Riddell $5,000 to $10,000 per exam, plus the costs of his flights and hotels. Between December 2011 and February 2019, Riddell took 27 exams for 24 students and received just under $240,000 for his participation.

## II. The Applicable Sentencing Guidelines

The parties have stipulated in the plea agreement that Riddell's total offense level under the Sentencing Guidelines is 18. That calculation reflects a base offense level of 7 under Section 2B1.1(a)(1); a 14-level increase under Section 2B1.1(b)(1)(H) because the loss or gain from the offense is greater than $550,000 but not more than $1.5 million; a 2-level increase under Section 3B1.3 because Riddell was convicted under 18 U.S.C. § 1956; and a 3-level decrease pursuant to Section 3E1.1 for acceptance of responsibility. The resulting Guidelines sentencing range is between 33 and 41 months.

Probation has taken the position, which the government acknowledges the Court has adopted in related cases, that there was no gain or loss, and thus Riddell's total offense level is 6, which results in a Guidelines sentencing range of 0 to 6 months.

## III. Sentencing Recommendation ███████████████████████████

The government maintains that Riddell's advisory Sentencing Guidelines range is between 33 and 41 months, but submits that ███████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ██████████████████████████ a downward variance is appropriate to avoid unwarranted sentencing disparities.

In February 2019, investigators approached Riddell after he completed an exam for one of Singer's students at the West Hollywood test center. Riddell immediately admitted to posing as a proctor to cheat for students on 5-10 exams over two years; however, he quickly acknowledged that he had been doing the scam for 7-8 years. ████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████

4



███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████   ████████████████

████████████████████████████████

At the same time, Riddell's crime was extensive and calls for a meaningful sentence of incarceration. Riddell played a key role in the success of the test cheating aspect of Singer's scheme and took 27 exams for 24 students over eight years. While he was earning $5,000 to $10,000 per exam, Riddell was gainfully employed as a college counselor at an elite athletic boarding school earning $71,000 per year. He had a privileged upbringing and attended an Ivy League university before becoming a professional tennis player. He did not act out of desperation; he committed his offense because he could get away with it.

The government is keenly aware of the sentences imposed on related defendants involved in the test cheating scheme. The sentences range from probation (Niki Williams, Peter Jan Sartorio) to 7 months incarceration (Elizabeth Henriquez, who engaged in cheating on 5 separate exams and also participated in the side door aspect of the scheme), with the average sentence being approximately 2.5 months.[2] The facilitators who have been sentenced for their role in the test cheating scheme thus far, Niki Williams and Martin Fox, received sentences of probation and three months incarceration plus three months of home confinement, respectively. Williams was a public-school employee who was a low-level player in the scheme and received only $20,000 for her role in allowing Riddell to purport to proctor exams at the Houston test center while helping

---

[2] That average sentence drops to approximately one month of imprisonment when the pool is narrowed to those who participated in only the test cheating aspect of the scheme and sentences imposed on parents who participated in both the test cheating and athletic recruitment aspects of the scheme are removed.

students cheat. Fox facilitated both the test cheating and side door aspects of the scheme by serving as a middleman between Singer and Williams and between Singer and college coaches. Fox profited approximately $245,000 from the scheme, slightly more than Riddell received, but unlike Riddell, Fox was also facilitating bribe payments totaling thousands of dollars more. Fox's sentence [redacted] accommodated his significant health concerns requiring incarceration at a federal medical center. Riddell's conduct is more extensive than Fox's with respect to the number of students involved and number of times he cheated. Compared to Fox, however, Riddell accepted responsibility earlier [redacted] [redacted] Unlike Fox, Riddell is not facing life-threatening health complications. Notably, despite Fox's health concerns, Judge Talwani still found his conduct warranted a 3-month period of incarceration, followed by 3 months of home confinement.

The government's recommendation of 4 months imprisonment here balances these competing factors by taking into account the seriousness of Riddell's crimes [redacted] [redacted], and is in line with sentences imposed on similarly situated defendants in the college admissions cases.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court sentence the defendant to a term of imprisonment of 4 months, followed by two years of supervised release, a forfeiture money judgment of $239,449.42, and a $200 special assessment.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Kristen A. Kearney*
      LESLIE A. WRIGHT
      KRISTEN A. KEARNEY
      Assistant United States Attorneys

Date: April 3, 2022

### Certificate of Service

I hereby certify that the foregoing document was served through the ECF system on all registered participants in this action on April 3, 2022.

By:   */s/ Kristen A. Kearney*
      KRISTEN A. KEARNEY
      Assistant United States Attorney