Exhibit A

# Summary of Sentences in Related Cases

| Defendant | Case No. | Charges | Guilty Plea Date | Government's Guidelines Calculation | USP Calculation | Sentence Imposed |
|---|---|---|---|---|---|---|
| Stephen Semprevivo | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/7/2019 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **4 Months in Prison** |
| Felicity Huffman | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/13/2019 | **Offense Level 9, 4-10 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **14 Days in Prison** |
| Devin Sloane | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/13/2019 | **Offense Level 14, 15-21 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **4 Months in Prison** |
| Gordon Caplan | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/21/2019 | **Offense Level 11, 8-14 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Month in Prison** |
| Agustin Huneeus, Jr. | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/21/2019 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **5 Months in Prison** |
| Peter Jan Sartorio | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/22/2019 | **Offense Level 7, 0-6 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Year Probation** |
| Gregory Abbott | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/22/2019 | **Offense Level 13, 12-18 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Month in Prison** |
| Marcia Abbott | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/22/2019 | **Offense Level 13, 12-18 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Month in Prison** |
| Marjorie Klapper | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/24/2019 | **Offense Level 9, 4-10 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **3 Weeks in Prison** |
| Jane Buckingham | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/24/2019 | **Offense Level 11, 8-14 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **3 Weeks in Prison** |
| Robert Flaxman | 1:19-CR-10117 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 5/24/2019 | **Offense Level 11, 8-14 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Month in Prison** |
| Toby MacFarlane | 1:19-CR-10131 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 6/21/2019 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **6 Months in Prison** |

| Name | Case | Charge | Date | Guidelines Range | Criminal History | Sentence |
|---|---|---|---|---|---|---|
| Jeffrey Bizzack | 1:19-CR-10222 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 7/24/2019 | **Offense Level 15, 18-24 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **2 Months in Prison** |
| Karen Littlefair | 1:19-CR-10463 | Conspiracy to Commit Wire Fraud | 1/22/2020 | **Offense Level 7, 0-6 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **5 Weeks in Prison** |
| Mossimo Giannulli | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud | 5/22/2020 | **Offense Level 17, 24-30 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **5 Months in Prison** |
| Lori Loughlin | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud | 5/22/2020 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **2 Months in Prison** |
| Peter Dameris | 1:20-CR-10099 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 6/2/2020 | **Offense Level 17, 24-30 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Day in Prison, 12 Months Home Confinement** |
| Diane Blake | 1:19-CR-10080 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 7/14/2020 | **Offense Level 15, 18-24 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **6 Weeks in Prison** |
| Mark Hauser | 1:20-CR-10166 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 9/21/2020 | **Offense Level 10, 6-12 Months (Plea Agreement)** | **Offense Level 5, 0-6 months** | **2 Months in Prison** |
| Niki Williams | 1:19-CR-10081 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud | 9/25/2020 | **Offense Level 10, 6-12 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **1 Year of Probation** |
| William McGlashan | 1:19-CR-10080 | Wire Fraud and Honest Services Wire Fraud, Aiding and Abetting | 2/10/2021 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **3 Months in Prison** |
| Elisabeth Kimmel | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud. | 8/16/2021 | **Offense Level 17, 24-30 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **6 Weeks in Prison, 12 Months Home** |
| Marci Palatella | 1:19-CR-10080 | Conspiracy to Commit Honest Services Mail Fraud. | 8/26/2021 | **Offense Level 20, 33-41 Months (Plea Agreement)** | **Offense Level 5, 0-6 Months** | **6 Weeks in Prison, 6 Months Home Confinement** |
| Michelle Janavs | 1:19-CR-10080 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud; Money Laundering Conspiracy | 10/21/2019 | **Offense Level 19, 30-37 Months (Govt. Sentencing Mem.)** | **Offense Level 6, 0-6 months** | **5 Months in Prison** |

| Name | Case | Charges | Date | Guidelines (Govt.) | Guidelines (Def.) | Sentence |
|---|---|---|---|---|---|---|
| Manuel Henriquez | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud; Money Laundering Conspiracy | 10/21/2019 | **Offense Level 19, 30-37 Months (Govt. Sentencing Mem.)** | **Offense Level 6, 0-6 Months** | **6 Months in Prison** |
| Elizabeth Henriquez | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud; Money Laundering Conspiracy | 10/21/2019 | **Offense Level 19, 30-37 Months (Govt. Sentencing Mem.)** | **Offense Level 6, 0-6 Months** | **7 Months in Prison** |
| Douglas Hodge | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud; Money Laundering Conspiracy | 10/21/2019 | **Offense Level 21, 37-46 Months (Govt. Sentencing Mem.)** | **Offense Level 6, 0-6 Months** | **9 Months in Prison** |
| Todd Blake | 1:19-CR-10080 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud; Money Laundering Conspiracy | 7/14/2020 | **Offense Level 17, 24-30 Months (Plea Agreement)** | **Offense Level 6, 0-6 Months** | **4 Months in Prison** |
| Homayoun Zadeh | 1:19-CR-10080 | Filing a False Tax Return | 7/9/2021 | **Offense Level 8, 0-6 Months (Plea Agreement)** | **Offense Level 8, 0-6 Months** | **6 Weeks in Prison** |
| David Sidoo | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud. | 3/13/2020 | **Offense Level 10, 6-12 Months (Plea Agreement)** | **Offense level 10, 6-12 Months** | **90 Days in Prison** |
| Martin Fox | 1:19-CR-10081 | Conspiracy to Commit Racketeering | 11/13/2019 | **Offense Level 16, 21-27 Months (Plea Agreement)** | **Offense Level 16; 21-27 Months** | **3 Months in Prison; 3 Months Home** |
| John Vandemoer | 1:19-CR-10079 | Conspiracy to Commit Racketeering | 3/12/2019 | **Offense Level 20, 33-41 Months (Plea Agreement)** | **Offense Level 18, 27-33 Months** | **1 Day in Prison; 6 Months Home Confinement** |
| Xiaoning Sui | 1:19-CR-10082 | Federal Program Bribery | 2/21/2020 | **Offense Level 21, 37-46 Months (Plea Agreement)** | **Offense Level 17, 24-30 Months** | **Approx. 5 Months (Time Served)** |
| Jorge Salcedo | 1:19-CR-10081 | Conspiracy to Commit Federal Programs Bribery | 1/14/2021 | **Offense Level 21, 37-46 Months (Plea Agreement)** | **Offense Level 21, 37-46 Months** | **8 Months in Prison** |

| Name | Case | Charges | Plea Date | Government Guidelines | Defendant Guidelines | Sentence |
|---|---|---|---|---|---|---|
| Gamal Abdelaziz | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud; Conspiracy to Commit Federal Programs Bribery | N/A - Convicted at Trial | **Offense Level 24, 51-63 Months (Plea Agreement)** | **Offense Level 22, 41-51 Months** | **12 Months and 1 Day** |
| John Wilson | 1:19-CR-10080 | Conspiracy to Commit Mail and Wire Fraud/Honest Services Mail and Wire Fraud; Federal Programs Bribery Conspiracy; Wire Fraud/Honest Services Wire Fraud - aiding and abetting; Federal Programs Bribery - aiding and abetting; Filing a False Tax Return. | N/A - Convicted at Trial | Note: Guidelines Not Publicly Calculated by Government. But, *see Brief,* FN 11. | **Offense Level 23, 46-57 Months** | **15 Months in Prison** |
| Michael Center | 1:19-CR-10116 | Conspiracy to Commit Mail Fraud/Honest Services Mail Fraud | 4/24/2019 | **Offense Level 14, 15-21 Months (Plea Agreement)** | **Not Public** | **6 Months in Prison** |